## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Trustees of the Sheet Metal Local #10 Control Board Trust Fund,

          Plaintiff,

vs.

Belknap Plumbing & Heating Co. Inc.,

          Defendant.

Civil No. 09-3062 (RHK/RLE)

**ORDER**

---

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: November 3, 2009

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge