**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| The Trustees of the Sheet Metal Local #10 Control Board Trust Fund, | Civil No. 09-3062 (RHK/RLE) |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL** |
| Belknap Plumbing & Heating Co. Inc. | |
| Defendant. | |

_____

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 5), **IT IS ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, without costs to either party.

Dated: December 1, 2009

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge